QUIGLEY COMPANY, INC., respondent,

*v.*

ASBESTOS LIMITED, INC., et al., appellants.

[Decided September 14th, 1944.]

*Mr. George L. Burton,* for the respondent.

*Mr. Max L. Rosenstein,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported at *134 N. J. Eq. 312.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 15.

*For reversal*—None.